**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ANTHONY ESPINAL, *on behalf of himself,*
*FLSA collective Plaintiffs and the Class*,

                                  Plaintiff,

    - against -                                     **JUDGMENT**
                                                                   CV 21-4973 (GRB) (AYS)

HILL ENTERPRISE INC., d/b/a SEAFORD
CITGO, HTM FOOD MART INC., d/b/a
EXXON, JOHN DOE CORPORATIONS 1-20,
OMAR MAHMUD, and TARIQ MAHMUD,

                                  Defendants.
----------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on April 14, 2022, accepting Defendants' April 13, 2022 offer to allow entry of judgment against them in the amount of $5,000.00, inclusive of all of Plaintiff's claims for relief, damages, fees including attorneys' fees, costs, and expenses, it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Anthony Espinal and against Defendants Hill Enterprise, Inc., HTM Food Mart, Inc., John Doe Corporations 1-20, Omar Mahmud, and Tariq Mahmud in the amount of $5,000.00, inclusive of all of Plaintiff's claims for relief, damages, fees including attorneys' fees, costs, and expenses; and that this case is closed.

Dated:  April 15, 2022
         Central Islip, New York

                                                                 BRENNA B. MAHONEY
                                                                 Clerk of the Court

                                            By:    /s/ James J. Toritto
                                                         Deputy Clerk